

## NUMBERS 13-09-00682-CR
## 13-09-00683-CR
## 13-09-00684-CR
## 13-09-00685-CR
## 13-09-00686-CR
## 13-09-00687-CR
## 13-09-00688-CR
## 13-09-00689-CR
## 13-09-00690-CR
## 13-09-00691-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE: ARNOLD W. SCHUENEMANN

## On Petitions for Writ of Mandamus

# MEMORANDUM OPINION

## Before Justices Rodriguez, Garza, and Benavides
## Memorandum Opinion Per Curiam

Relator, Arnold W. Schuenemann, filed ten petitions for writ of mandamus in which he requests that this Court direct respondent, the Honorable George "Bill" Robinson, presiding judge of the Municipal Court of Yorktown, Texas, to rule on relator's "Motion to Plea In-Absentia for Misdemeanor Offense" dated April 15, 2009, including relator's request for the trial court to pronounce punishment in ten different criminal cause numbers, and for credit for time served in the DeWitt County Jail and Texas Department of Criminal

Justice-Institutional Division.

This Court, having reviewed and fully considered relator's petitions, is of the opinion that we lack jurisdiction to issue a writ of mandamus against a municipal court judge. *See* TEX. GOV'T CODE ANN. § 22.221 (Vernon 2004) (noting that a court of appeals may issue a writ of mandamus only against a judge of a district or county court in the court of appeals district). Accordingly, relator's petitions for writ of mandamus are DISMISSED FOR WANT OF JURISDICTION.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
30th day of December, 2009.